

# Fourth Court of Appeals
## San Antonio, Texas

November 12, 2025

No. 04-25-00406-CV

**IN RE** Matthew **DUKE**

Original Proceeding[1]

### ORDER

Sitting:      Rebeca C. Martinez, Chief Justice
Lori I. Valenzuela, Justice
H. Todd McCray, Justice

On June 26, 2025, relator filed this petition for writ of mandamus. The real party in interest has filed multiple responses and relator has filed multiple replies. After considering the petition, the record, and the filings of the parties, this court concludes that relator has not established that he is entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on November 12, 2025.

_H. Todd McCray_
H. Todd McCray, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of November, 2025.

_Caitlin A. McCamish_
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2020-CI-02375, styled *In the Matter of the Marriage of Matthew Duke and Christie Lynn Terrell and In the Interest of P.O.T., a Child*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.